1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                          **CENTRAL DISTRICT OF CALIFORNIA**
10
11   MICHAEL Y. BIRMAN,              ) NO. CV 12-5554-SVW (MAN)
                                      )
12              Petitioner,           )
                                      )
13        v.                         ) JUDGMENT
                                      )
14   DANA MICHAEL COLE,               )
                                      )
15              Respondent.           )
     _____)
16
17
18       Pursuant to the Court's Order: Dismissing Petition Without
19   Prejudice; And Denying Certificate Of Appealability,
20
21       IT IS ADJUDGED that the above-captioned action is dismissed,
22   without prejudice, for lack of jurisdiction.
23
24   DATED: November 29, 2012.
25
26                                   _____
                                           STEPHEN V. WILSON
27                                   UNITED STATES DISTRICT JUDGE
28